FILED: October 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1547
(1:14-cv-03997-GLR)
_____

MCG, INC.

        Plaintiff - Appellant

v.

MGSJ HOLDINGS, INC.; MICHAEL MOORE; GARY WARD; STEVEN MENDIETA

        Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the unopposed motion for leave to file joint appendix one day out of time, the court grants the motion and accepts the joint appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk